

1  Douglas N. Silverstein, Esq. (SBN 181957)
   Michael G. Jacob, Esq. (SBN 229939)
2  KESLUK & SILVERSTEIN, P.C.
   9255 Sunset Boulevard, Suite 411
3  Los Angeles, California   90069-3309
   Telephone:  (310) 273-3180
4  Facsimile:   (310) 273-6137
   dsilverstein@californialaborlawattorney.com
5  mjacob@californialaborlawattorney.com

6  Attorneys for Plaintiff RALPH DAVENPORT

JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUN 11 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10  RALPH DAVENPORT, an           CASE NO. CV10-1703 AHM (Ex)
    individual,
11                                 ORDER GRANTING DISMISSAL
                                   WITH PREJUDICE
12              Plaintiff,

13       vs.

14  JOE'S CRAB SHACK, a business   Complaint Filed:  November 19, 2009
    organization, form unknown and Removed:          March 9, 2010
15  DOES 1 through 25, inclusive,  Trial Date:       Not Set

16              Defendants.

17

18

19       Based upon the foregoing stipulation of the parties and for good cause

20  shown, the Stipulation of Dismissal with Prejudice is hereby granted.

21       IT IS SO ORDERED.

22

23  DATED:  6-11-10

24                                 Honorable A. Howard Matz
                                   United States District Judge
25

26

27

28

Kesluk & Silverstein, P.C.
9255 Sunset Blvd., Ste. 411
Los Angeles, CA 90069
Tel: (310) 273-3180
Fax: (310) 273-6137

1

ORDER GRANTING DISMISSAL WITH PREJUDICE